In the Matter of the Claim of JOSEPH SZWEDO, Appellant, and PAULINE SZWEDO, Respondent, against THE SCALA PACKING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Decision denying award to father unanimously affirmed. Award to mother unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of GEORGE W. SHOEMAKER, Respondent, against THE MARYLAND CASUALTY COMPANY, Appellant. LAKE BONAPARTE HOTEL, INC., Respondent. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board against the appellant Maryland Casualty Company. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of JOHN SEXTON, Respondent, against MILDRED M. LANE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of EMMA McNIVEN, Respondent, against HIGHLAND HOSPITAL and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award to Howard McNiven of $200 on account of funeral expenses reversed and that portion of the claim dismissed, with costs to the appellants against the State Industrial Board, except the cost of printing the record, waived by the attorneys for the appellants, on the ground that at the date of death of the decedent section 16 of the Workmen's Compensation Law■ made no provision for the payment of funeral expenses to any person other than a dependent, and the amendment of said section by chapter 299 of the Laws of 1929 may not be given retroactive effect. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur.

In the Matter of the Claim of CHARLES BERWANGER, Respondent, against THE VAN IDERSTINE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.